**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 03, 2011.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-13266-CAG-7 |
| | § | |
| MARIA ANTONIA MALDONADO, | § | |
|    Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| MARIA ANTONIA MALDONADO; RON | § | |
| SATIJA, Trustee | § | |
|    Respondents | § | JUDGE CRAIG A. GARGOTTA |

### ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from Stay of Action Against Debtor(s) pursuant to 11 U.S.C. § 362(a) and waiver of thirty day requirement pursuant to § 362(e). The Court is advised that after proper notice and timely service of the Motion, no

response has been filed and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT 11 BLOCK B OF AUSTIN'S COLONY, PHASE THREE, A SUBDIVISION IN TRAVIS COUNTY TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN DOCUMENT NO. 200100347 OF THE PUBLIC RECORDS OF TRAVIS COUNTY, TEXAS

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ CHERI ABBAGE
    CHERI ABBAGE
    TX NO. 24010302
    1900 ST. JAMES PLACE SUITE 500
    HOUSTON, TX 77056
    Telephone: (713) 621-8673
    Facsimile: (972) 386-7673
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT